Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833

Attorney for Defendant
KUM PAE YI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-05-0395 CRB |
| Plaintiff, | ) |
| v. | ) [Proposed] |
|  | ) ORDER PERMITTING TRAVEL |
| KUM PAE YI, | ) |
| Defendant. | ) |

Pursuant to the *ex parte* application submitted by Defendant Kum Pae Yi, with the consent of the supervising Pretrial Services Officer and the Assistant U.S. Attorney handling this matter, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Yi shall be permitted to travel to the following location(s) outside the Northern District on the following dates:

➢ September 8-13, 2006: Los Angeles, CA

IT IS FURTHER ORDERED that Defendant Yi is permitted to remain outside the Northern District of California during this time, she shall provide to Pretrial Services her itinerary and contact information, and she shall comply with any conditions imposed by the Pretrial Services Agency in connection with this travel.

IT IS SO ORDERED.

Dated:  9/5/06

Nandor J. Vadas
United States Magistrate Judge